UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PLACER COUNTY SUPERIOR COURT,<br><br>　　　　　　Respondent. | No. 2:21-cv-0902 KJN P<br><br><br>ORDER |

Petitioner requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (ECF N. 11) is denied without prejudice.

Dated: June 29, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/khad0902.110