1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVOOD KHADEMI,                         No.  2:21-cv-0902 WBS KJN P

12                  Petitioner,              Court of Appeals No. 21-16474

13         v.                                ORDER

14   KELLY SANTORO, Warden,

15                  Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  On December 8, 2021, petitioner filed a motion for certificate of

19   appealability and motion for transcripts.  As discussed below, petitioner's motions are denied.

20          On October 28, 2021, the undersigned dismissed this action without prejudice, and

21   declined to issue a certificate of appealability referenced in 28 U.S.C. § 2253.  Judgment was

22   entered that same day.

23          Petitioner's motion for certificate of appealability sets forth no facts demonstrating that

24   "jurists of reason would find it debatable whether the petition states a valid claim of the denial of

25   a constitutional right [or] that jurists of reason would find it debatable whether the district court

26   was correct in its procedural ruling."  Slack v. McDaniel, 529 U.S. 473, 484 (2000).  Thus, the

27   court again denies petitioner's motion.

28   ////

                                                    1

1    Because this case is closed, and the court must abstain under <u>Younger v. Harris</u>, 401 U.S.

2  37 (1971), petitioner's motion for transcripts is denied.

3    In accordance with the above, IT IS HEREBY ORDERED that:

4    1.  Petitioner's motion for a certificate of appealability (ECF No. 52) is denied; and

5    2.  Petitioner's motion for transcripts (ECF No. 52) is denied.

6    3.  The Clerk of this court is directed to transmit a copy of this Order to the Clerk of the

7  United States Court of Appeals for the Ninth Circuit for filing in that court.

8  Dated:  January 27, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/khad0902.coa